UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BRYAN K. OWEN**, | Case No. 3:08-CV-06208-KI |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| **COMMISSIONER of Social Security**, | |
| Defendant. | |

    Alan Stuart Graf, P.C.
    316 Second Rd.
    Summertown, Tennessee  38483

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97201-2902

David J. Burdett
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

      Dated this        19th         day of March, 2013.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge